**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6362**

ELLIS BARBER,

                    Plaintiff - Appellant,

           v.

CHIEF JUDGE SPECIAL COURT OF APPEALS; HOWARD COUNTY
CIRCUIT COURT; HOWARD COUNTY DIST COURT; HOWARD COUNTY
POLICE,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, District Judge.  (1:17-cv-00554-RDB)

Submitted:  July 31, 2017                          Decided:  August 16, 2017

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ellis Barber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his civil complaint for failure to state a claim upon which relief may be granted, under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barber v. Chief Judge Special Court of Appeals*, No. 1:17-cv-00554-RDB (D. Md. Mar. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*